PAUL DICKEY, Appellant, *v.* CHRISTOPHER A. GORTNER, Respondent.

(Submitted January 24, 1921; decided February 1, 1921.)

Motion for re-argument denied, without costs.   (See 223 N. Y. 531; 226 N. Y. 620, 688, 711.)

○ ───────────

ABIGAIL H. BISHOP, Respondent, *v.* THE NEW YORK TIMES COMPANY, Appellant.

*Appeal — modification by Appellate Division as to amount only and unanimous affirmance of judgment as reduced — appeal may be taken to Court of Appeals without permission.*

Reported below, 194 App. Div. 881.

(Submitted January 24, 1921; decided February 1, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1920, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the modification was only as to the amount of the verdict, the Appellate Division having unanimously ordered that if plaintiff stipulated to reduce the verdict the judgment as so modified " may stand affirmed," and that no appeal might be taken from such unanimous affirmance to the Court of Appeals without permission.

*Stanley C. Fowler* for motion.

*Alfred A. Cook* and *John M. Greenfield, Jr.,* opposed.

Motion denied, with ten dollars costs.